AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SHARON S. FOSTER <br> *Plaintiff* <br> v. <br> ATRIUM MEDICAL CENTER, *et al.* <br> *Defendants* | Civil Action No. 1:19-cv-711 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation (Doc. 4) is ADOPTED in its entirety. This civil action is DISMISSED without prejudice to refiling in state court.; and this case is TERMINATED from the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Timothy S. Black, U.S. District Judge on a motion for Report and Recommendation.

Date: 12/31/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*